STATE v. PARKER

No. 351P01

Case below: 144 N.C. App. 450

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 16 August 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001.

STATE v. PICKARD

No. 320P01

Case below: 143 N.C. App. 485

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001.

STATE v. ROBINSON

No. 261A92-6

Case below: Bladen County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Bladen County, denied 16 August 2001.

STATE v. RODGERS

No. 383P01

Case below: 143 N.C. App. 718

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 16 August 2001.

STATE v. STOKES

No. 467P89-2

Case below: 136 N.C. App. 668

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 16 August 2001. Notice of appeal by defendant pro se pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 16 August 2001.